# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-18-00698-CV

**In re Abbott Laboratories**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

# O R D E R

**PER CURIAM**

Relator Abbott Laboratories has filed a petition for writ of mandamus and a motion for stay pending the Court's ruling on the petition. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion in part and temporarily stay all trial-court proceedings, pending further order of this Court. *See id*. R. 52.10(b).

It is ordered on November 15, 2018.

Before Justices Puryear, Goodwin, and Bourland